**F I L E D**
CLERK, U.S. DISTRICT COURT

06/30/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: ___DVE___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 8:25-cr-00119-GW |
|---|---|
| Plaintiff, | **I N F O R M A T I O N** |
| v. | [18 U.S.C. § 111(a)(1): Assault on Federal Officer] |
| RENE LUNA, | **[CLASS A MISDEMEANOR]** |
| Defendant. | |

The United States Attorney charges:

[18 U.S.C. § 111(a)(1)]

On or about June 9, 2025, in Orange County, within the Central District of California, defendant RENE LUNA intentionally and forcibly assaulted, resisted, impeded, intimidated, and interfered with victim M.V., an employee of the United States Department of Homeland Security, Homeland Security

//

//

//

//

//

//

Investigations, while M.V. was engaged in, and on account of, the performance of M.V.'s official duties.

                    BILAL A. ESSAYLI
                    United States Attorney

*/s/ Christina Shay*

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division

MARK P. TAKLA
Assistant United States Attorney
Chief, Orange County Office

BRIAN J. YANG
Assistant United States Attorney
Terrorism and Export Crimes Section