FILED
CLERK, U.S. DISTRICT COURT
11/14/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___M.B.___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 8:25-CR-00119(B)-ODW |
|---|---|
| Plaintiff, | **SECOND SUPERSEDING INFORMATION** |
| v. | |
| RENE LUNA, | [40 U.S.C. § 1315(c) & 41 C.F.R. § 102-74.390(b): Obstruction of Use of Federal Property] |
| Defendant. | |
| | [CLASS C MISDEMEANOR] |

The United States of America charges:

[40 U.S.C. § 1315(c); 41 C.F.R. § 102-74.390(b)]

On June 9, 2025, in Orange County, within the Central District of California, defendant RENE LUNA was present at a federal building under the authority of the U.S. General Services Administration, namely 34 Civic Center Plaza, Santa Ana, California, a federal building that houses federal agencies, including those that are part of the Department of Homeland Security, and where the rules governing conduct on such property under the administration of the GSA were prominently posted (the "Federal Property"). Defendant LUNA engaged in a course of conduct that spanned areas and resulted in effects

both on and off the Federal Property, including throwing objects at federal officials who were on the Federal Property and unreasonably obstructing their access to the federal building. Defendant LUNA threw at least one plastic water bottle with liquid in it at the federal officials.

BILAL A. ESSAYLI
First Assistant United States Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division

MARK P. TAKLA
Assistant United States Attorney
Chief, Orange County Office

MELISSA S. RABBANI
Assistant United States Attorney
Deputy Chief, Orange County Office

STEPHANIE L. ORRICK
Special Assistant United States Attorney, Orange County Office