CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
M. Bo Griffith (Bar No. 315358)
Deputy Federal Public Defender
Email: bo_griffith@fd.org
411 West Fourth Street,
Santa Ana, CA 92701
Telephone: (714) 338-4500
Facsimile: (714) 338-4520

Attorneys for Defendant
Rene Luna

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RENE LUNA <br><br> Defendant. | Case No. 8: 25-cr-00119-JDE <br><br> **EX PARTE APPLICATION FOR ORDER RELIEVING FEDERAL PUBLIC DEFENDER AND APPOINTMENT OF CJA COUNSEL; DECLARATION OF COUNSEL** |

M. Bo Griffith, Deputy Federal Public Defender, hereby applies pursuant to Local Rule 44-1 for an order appointing Criminal Justice Act ("CJA") indigent defense panel counsel to represent Rene Luna. Application is made for appointment of CJA counsel because the Federal Public Defender's Office has determined it has a conflict of interest representing Rene Luna. This application is based upon the accompanying declaration of counsel.

Respectfully submitted,

CUAUHTÉMOC ORTEGA
Federal Public Defender

DATED: December 1, 2025        By  */s/ M. Bo Griffith*
                                     M. Bo Griffith
                                     Deputy Federal Public Defender

# DECLARATION OF COUNSEL

I, Bo Griffith, declare:

1. I am a Deputy Federal Public Defender in the Central District of California. On June 11, 2025 Mr. Luna made his initial appearance, and I was appointed to represent him. On November 26, 2025 District Judge Otis D. Wright II ordered this case reassigned to this court. On December 1, 2025 this court arraigned Mr. Luna on the second superseding information.

2. Based upon privileged information which my office cannot share, the Office of the Federal Public Defender has determined it has an ethical conflict of interest preventing it from continuing its representation of Mr. Luna. On the afternoon of December 1, 2025, based upon this conflict, Chief Deputy Federal Public Defender Amy Karlin directed that I file this application. I am respectfully requesting that the Federal Public Defender be relieved as counsel of record and that a CJA panel attorney be appointed for Mr. Luna.

3. I intend to mail Mr. Luna this *ex parte* application upon filing.

4. On December 1, 2025, I advised Special Assistant United States Attorney Stephanie Orrick that the Federal Public Defender would file this application seeking to be relieved from the case based on privileged information and would request that CJA Panel counsel be appointed to represent the defendant. SAUSA Orrick advised the government does not object to the request.

I declare that the foregoing is true and correct to the best of my knowledge.

DATED: December 1, 2025        /s/ M. Bo Griffith
                               M, Bo Griffith
                               Deputy Federal Public Defender

2