**United States District Court**
**Central District of California**

UNITED STATES OF AMERICA vs.                    Docket No.        8:25-cr-00119-JDE

**Defendant**    Rene Luna

akas:

**Social Security No.**  X    X    X    X

(Last 4 digits)

## JUDGMENT AND PROBATION/COMMITMENT ORDER

|  | MONTH | DAY | YEAR |
|---|---|---|---|
| In the presence of the attorney for the government, the defendant appeared in person on this date. | 12 | 15 | 25 |

| **COUNSEL** | Rene Luna, Pro Se |
|---|---|

(Name of Counsel)

**PLEA**   [X] **GUILTY,** and the court being satisfied that there is a factual basis for the plea.  [ ] **NOLO CONTENDERE**   [ ] **NOT GUILTY**

**FINDING**  There being a finding/verdict of GUILTY, defendant has been convicted as charged of the offense(s) of: 40 U.S.C. § 1315(c) & 41 C.F.R.§ 102-74.390(b): Obstruction of Use of Federal Property, as charged in the Second Superseding Information, a Class C misdemeanor.

**JUDGMENT AND PROB/ COMM ORDER**  The Court asked whether there was any reason why judgment should not be pronounced.  Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant is sentenced to no term of imprisonment and no term of probation or supervised release.

It is ordered defendant shall pay to the United States a special assessment of $5.00, payable immediately, and a fine of $100.00, payable within six months from the date of the hearing, that is, by June 15, 2026.

Defendant advised of right to appeal.

December 15, 2025
Date

JOHN D. EARLY
U.S. Magistrate Judge

It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Clerk, U.S. District Court

December 15, 2025
Filed Date

By    Amber Rodriguez
Deputy Clerk

**RETURN**

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted on appeal on

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

at _____

the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

United States Marshal

_____          By _____
Date                                                              Deputy Marshal


**CERTIFICATE**

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

Clerk, U.S. District Court

_____          By _____
Filed Date                                                      Deputy Clerk